AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __New York__

TEVA PHARMACEUTICAL INDUSTRIES LTD. and
TEVA PHARMACEUTICALS USA, INC.
    Plaintiff(s).
V.

MYLAN PHARMACEUTICALS, INC.
    Defendant.

**APPEARANCE**

Case Number: 07 CV 5915

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
MYLAN PHARMACEUTICALS, INC.,
    Defendant.

I certify that I am admitted to practice in this court.

7/25/07
Date

_[signature]_
Signature

Thomas J. Parker      TJP-7219
Print Name      Bar Number

Alston & Bird, LLP - 90 Park Avenue
Address

New York     NY     10016
City     State     Zip Code

(212) 210-9529     (212) 210-9443
Phone Number     Fax Number