AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

TEVA PHARMACEUTICAL INDUSTRIES, and
TEVA PHARMACEUTICALS USA, INC.
    Plaintiff(s).
    V.
MYLAN PHARMACEUTICALS, INC.
    Defendant.

**APPEARANCE**

Case Number:  07 CV 5915

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for
    MYLAN PHARMACEUTICALS, INC.,
        Defendant.

I certify that I am admitted to practice in this court.

July 25, 2007
Date

*(signature)*
Signature

| Amy Manning | AM-0338 |
| Print Name | Bar Number |

Alston & Bird, LLP - 90 Park Avenue
Address

| New York | NY | 10016 |
| City | State | Zip Code |

| (212) 210-9543 | (212) 210-9443 |
| Phone Number | Fax Number |