IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------
TEVA PHARMACEUTICAL INDUSTRIES LTD. and
TEVA PHARMACEUTICALS USA, INC.,

Plaintiffs

v.                                                      Civil Action No.: 07 Civ. 5915 (SAS)

MYLAN PHARMACEUTICALS, INC.,
Defendant.

                      Defendants.
---------------------------------------------------------------

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the Untied States District Court for

the Southern District of New York, I, Jennifer M. Moore a member in good standing of the bar

of this Court, hereby moves for an Order allowing the admission pro hac vice of

John L. North
Sutherland Asbill & Brennan, LLP
999 Peachtree Street NE
Atlanta, Georgia 30309
Phone: 404-853-8000
Fax: 404-853-8806

    John L. North is a member in good standing of the United States District Court,

Northern District of Georgia. There are no pending disciplinary proceeding against John L.

North in any State or Federal court.

AO 1736334.1                                           1

Dated: July 30, 2007

New York New York

                        Respectfully submitted,

                        Jennifer M. Moore
                        New York Bar No. 267629
                        SUTHERLAND ASBILL & BRENNAN LLP
                        1114 Avenue of the Americas
                        New York, New York  10036
                        Tel: 212-389-5000
                        Fax: 212-389-5099

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------

TEVA PHARMACEUTICAL INDUSTRIES LTD. and
TEVA PHARMACEUTICALS USA, INC.,

Plaintiffs

v.                                                   Civil Action No.: 07 Civ. 5915 (SAS)

MYLAN PHARMACEUTICALS, INC.,
Defendant.

        Defendants.

------------------------------------------------------------------

### AFFIDAVIT OF JENNIFER M. MOORE IN SUPPORT OF MOTION
### TO ADMIT COUNSEL PRO HAC VICE

State of New York  )
                     ) ss:
County of New York )

       Jennifer M. Moore, being duly sworn, hereby deposes and says as follows

       1.     I am attorney of record for Plaintiffs in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit John L. North as counsel pro hac vice to represent Plaintiffs in this matter.

       2.     I am member in good standing of the bar of the State of New, and was admitted to practice law in March, 1995. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

       3.     I have known John L. North since October 2005.

AO 1735528.1                               1

4.	Mr. North is a partner with Sutherland, Asbill & Brennan, LLP, in Atlanta, Georgia.

5.	I have found Mr. North to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.	Accordingly, I am pleased to move the admission of John L. North, pro hac vice.

7.	I respectfully submit a proposed order granting the admission of John L. North, pro hac vice, which is attached hereto at Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit John L. North, pro hac vice, to represent Plaintiffs in the above captioned matter, be granted.

Dated:  July 30, 2007

New York New York

Notary:

BARBARA HERMAN-DURSON
NOTARY PUBLIC, STATE OF NEW YORK
No. 01KE6153297, QUALIFIED IN QUEENS COUNTY
COMMISSION EXPIRES OCTOBER 2, 2010

Jennifer M. Moore
New York Bar No. 267629
SUTHERLAND ASBILL & BRENNAN LLP
1114 Avenue of the Americas
New York, New York  10036
Tel: 212-389-5000
Fax: 212-389-5099

AO 1735528.1	2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

TEVA PHARMACEUTICAL INDUSTRIES LTD. and
TEVA PHARMACEUTICALS USA, INC.,

Plaintiffs

v.                                              Civil Action No.: 07 Civ. 5915 (SAS)

MYLAN PHARMACEUTICALS, INC.,
Defendant.

              Defendants.

------------------------------------------------------------

### DECLARATION OF JOHN L. NORTH IN SUPPORT OF MOTION UNDER LOCAL RULE 1.3 (C) TO ADMIT JOHN L. NORTH TO PRACTICE *PRO HAC VICE*

John L. North duly declares as follows:

1. I reside at 1183 Beech Valley Road, Atlanta, Georgia 30306, I am a member of the law firm of Sutherland Asbill & Brennan LLP; and I maintain my principal office at 999 Peachtree Street, Atlanta, Georgia 30309.

2. I am admitted to practice law in the State of Georgia as of August 28, 1987 and am a member in good standing with the State Court of Georgia.

3. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

4. I have never been held in contempt of court in any jurisdiction.

5. I have read and am familiar with the Local Rules of the United District Court for the Southern District of New York.

AO 1735497.1                                    1

6. I have read and will comply with the Code of Professional Responsibility of the American Bar Association.

7. Attached to this Declaration is the original Certificate from Phyllis Brannon, the official representative of the United States District Court, Northern District of Georgia dated July 26, 2007, indicating that I am an attorney in good standing with the State Bar of Georgia.

I declare under penalty of perjury that the statements made herein are true.

Dated this 26th day of July, 2007

John L. North
Georgia State Bar No.545,580
SUTHERLAND ASBILL &
BRENNAN LLP
999 Peachtree Street
Atlanta, Georgia 30309
Tel: 404.853.8000
Fax: 404.853.8806

AO 1735497.1

2



## CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA      }
      } ss.
NORTHERN DISTRICT OF GEORGIA   }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **JOHN L. NORTH, Georgia Bar No. 545580,** was duly admitted to practice in said Court on NOVEMBER 19, 1987 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 26th day of July, 2007.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Phyllis Brannon
Deputy Clerk



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

TEVA PHARMACEUTICAL INDUSTRIES LTD. and
TEVA PHARMACEUTICALS USA, INC.,
Plaintiffs
v.
MYLAN PHARMACEUTICALS, INC.,
Defendant.

Civil Action No.: 07 Civ. 5915 (SAS)

Defendants.

---

## CERTIFICATE OF SERVICE

I, Jennifer Moore, hereby certify that on July 31, 2007, I caused true and correct copies of the foregoing ***Motion To Admit Counsel Pro Hac Vice*** and supporting documents for the admission of John L. North to be served on the following counsel via United States Postal first class mail:

Thomas J. Parker
Natalie C. Clayton
Alston & Bird LLP
90 Park Avenue
New York, NY 10016

*Attorneys for Defendant Mylan Pharmaceuticals, Inc.*

Jennifer M. Moore

AO 1735528.1