THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TEVA PHARMACEUTICAL INDUSTRIES )
LTD. and TEVA PHARMACEUTICALS USA, )
INC., )
                                                      )
Plaintiffs )
                                                      )
v. )
                                                      )
MYLAN PHARMACEUTICALS, INC., )
                                                      )
Defendant. )

**ORDER TO TRANSFER VENUE**

07 Civ. 5915 (SAS)



       **WHEREAS,** Defendant Mylan Pharmaceuticals, Inc. requested by letter dated July 31, 2007 that the above-captioned action be transferred to the United States District Court for the District of New Jersey;

       **WHEREAS,** the Court reviewed and considered this letter;

       **WHEREAS** the Court on August 1, 2007 in an initial pre trial conference concerning the above matter heard arguments from both parties regarding the Defendant's request to transfer, and for further reasons stated on the record during the conference;

       **IT IS NOW ORDERED,** that the above-captioned action is **TRANSFERRED** to the United States District Court for the District of New Jersey pursuant to 28 U.S.C. § 1404 and that the file of the above-captioned action be so transferred with all further papers to be filed with that court.

       **IT IS FURTHER ORDERED** that the Clerk of Court designate this action as **CLOSED**.

                                                                               SO ORDERED:

Dated: August 6, 2007
           New York, New York                           SHIRA A. SCHEINDLIN
                                                                            United States District Judge